SEYFARTH SHAW LLP
Jonathan L. Brophy (SBN 245223)
jbrophy@seyfarth.com
David J. Kim (SBN 349802)
dakim@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
OPTUM CARE INC.; UNITEDHEALTH GROUP

Michael J. Jaurigue (SBN 208123)
S. Sean Shahabi (SBN 204710)
Kelley Bond (SBN 230842)
JAURIGUE LAW GROUP
300 West Glenoaks Blvd., Suite 300
Glendale, California 91202
Telephone: 818.630.7280
Facsimile: 888.879.1697
service@jlglawyers.com
sean@jlglawyers.com
kelley@jlglawyers.com

Attorneys for Plaintiff
COURTNEY DICKENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY DICKENS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01205-DJC-SCR<br><br>Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY ACTION**<br><br>Complaint Filed: November 13, 2024<br>Date Removed: April 25, 2025<br>Trial Date: None Set |

ORDER GRANTING JOINT STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY ACTION

318653641v.1

**ORDER**

In light of the Parties' stipulation and good cause appearing, the Court orders as follows:

1. Plaintiff will submit all claims against Defendants to final and binding arbitration with the American Arbitration Association ("AAA") in accordance with the terms of the Arbitration Agreement and this Joint Stipulation;

2. Defendants shall bear all costs of arbitration unique to the arbitral forum, and;

3. This action will be stayed pending completion of the arbitration. The Court will retain jurisdiction for the limited purpose of entertaining statutory proceedings, including a petition to review, confirm, vacate, enforce, or correct any arbitration award.

4. The Clerk of Court shall administratively close this case.

**IT IS SO ORDERED.**

Dated: July 30, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE